1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   NATIONAL ROOFING INDUSTRY                No.  14-cv-1765-MCE-KJN
     PENSION PLAN et al.,
12
                      Plaintiffs,
13
                                              **ORDER**
          v.
14
     FRYER ROOFING CO., INC.,
15
                      Defendant.
16

17

18        On March 13, 2015, Plaintiffs filed an Ex Parte Application seeking the entry of

19   judgment against Defendant.  ECF No. 13.  Plaintiffs' Application explains that:  (1) the

20   parties reached an agreement to settle this case on January 15, 2015; (2) the parties

21   specified the terms and conditions of the settlement in a Settlement Agreement; (3) the

22   Settlement Agreement provided, inter alia, that if Defendant did not pay the stipulated

23   monthly settlement payments in a timely fashion, then Plaintiffs would file a Stipulated

24   Judgment for a total of $81,600 (less any amounts that Defendant may have paid); and

25   (4) Defendant has paid only $6,800 of the $81,600 (and therefore still owes $74,800).

26        On March 16, 2015, the Court issued an order providing Defendant two business

27   days to file an opposition to Plaintiff's Ex Parte Application.  ECF No. 15.  Defendant has

28   not filed an opposition.

1

1    In light of Defendant's failure to file an opposition and the unambiguous terms of

2 the Settlement Agreement, the Court hereby ORDERS that judgment be entered against

3 Defendant in the amount of $74,800.  The Clerk of the Court is directed to close this

4 case.

5    IT IS SO ORDERED.

6 Dated:  April 28, 2015

7

8

9                                                      _____
                                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
10                                                     UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28